ACCEPTED
04-14-00807-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
5/21/2015 9:55:20 AM
KEITH HOTTLE
CLERK

No. 04-14-00807-CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
05/21/2015 9:55:20 AM
KEITH E. HOTTLE
Clerk

# In the Court of Appeals for the Fourth Court of Appeals District San Antonio, Texas

BRADLEY AERY, et al.,

Appellants,

HOSKINS, INC., et al.,

Appellees.

# Certificate of Service for Brief of Appellee, Jane W. Hoskins

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served via e-service on this the 20th day of May, *2015,* in compliance with the Texas Rules of Civil Procedure by serving the following counsel of record by e-service:

/s/*Benjamin F. Youngblood III*

Marc K. Whyte
whytemarcgrnail.corn
WHYTE, PLLC
209 Tuttle
San Antonio, Texas 78209
*Attorney for Brad and Randi Aery*

Dan Pozza
dpozza@yahoo.com
LAW OFFICE OF DAN POZZA
239 E. Commerce Street
San Antonio, Texas 78205
*Attorney for Brad and Randi Aery*

Melanie Hessler Phipps
rnphippskplegal.com
Kustoff& Phipps, LLP
4103 Parkdale St.
San Antonio, Texas 78229
*Attorney for Brad and Randi Aery*

Matthew F. Wyrner
rnwymer@brnpllp.com
BEIRNE, MAYNARD & PARSONS, LLP
112 East Pecan Street, Suite 2750
San Antonio, Texas 78205
*Attorney for Brad and Randi Aery*

Ezra A. Johnson
Uhl, Fitsimmons, Jewett & Burton PLLC
4040 Broadway. Suite 430
San Antonio, Texas 78209
*Attorney for Blake C. Hoskins*

C. David Kinder
dkinder@dykema.com
Dykema Cox SMITH
112 E. Pecan Street, Suite 1800
San Antonio, Texas 78205
*Attorneys for Hoskins, Inc.,*
*C. Clifton Hoskins and Trudy Ann Day*

Michael C. Sartori
rnichael@rnsartori.com
P.O. Box 1222
George West, Texas 78022
*Attorney for Hazel Q. Hoskins*

Conner R. Jackson
cjackson@hfdlaw.com
R. Clay Hoblit
choblit@hfdlaw.com
HOBLIT FERGUSON DARLING, LLP
802 North Carancahua
Corpus Christi, Texas 78401
*Attorneys for Aurora Resources*
*Corporation*

Rosemary Kanusky
rosemaiieknuskynortonmsefüllbrightcom
John W. Weber, Jr.
john.weber@nortonrosefulbrigth.com
Jeffrey A. Webb
jeff.webb@nortonrosefulbrigth.com
NORTON ROSE FULBRIGHT US L.L.P. 300
Convent Street, Suite 2100 San Antonio,
Texas 78205-3792 *Attorneys for James
House Family*

Jason A. Newman
Jason.newman@bakerbotts.com
Meghan Dawson McElvy
Meghan.mcelvyrrubakerbotts. corn
BAKER BOTTS L.L.P
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002

*Attorneys for Texoz E&P I, Inc.*

David W. Navarro
dnavarro@hsfblaw.com
Brendon C. Holm
bholm@hsfblaw.com
The Quarry Heights Building
73 73 Broadway, Suite 300
San Antonio, TX 78209
*Attorneys for Brent C. Hoskins*

Peter E. Hosey
phosey@jw.com
Julia W. Mann
jmann@jw.corn
JACKSON WALKER L.L.P.
112 E. Pecan Street, Suite 2400
San Antonio, Texas 78205
*Attorneys for Lee Ann Kulka, Lee Roy
Hoskins, III and Andrea Jurica*

David L. Ylitalo
dy1ita1o(äcoatsrose.com
Coats Rose, A P.C.
1020 Northeast Loop 410, Suite 800
San Antonio, Texas 78209
*Attorney for Leonard Hoskins*

Bruce D. Oakley
Bruce.oakley(hoganlovells .com
Robert L. Pillow
Robeapillow(2hoganlovells .com
Hogan Lovells US LLP
700 Louisiana Street, Suite 4300
Houston, Texas 77002
*Attorneys for Armadillo E&P, Inc., Sea
Eagle Ford, LLC, and Sundance
Energy, Inc.*